BEFORE THE FIRST DIVISION, APRIL 5, 1951

**No. 55430.**—Paramount Bead Corp. *v.* United States, protests 994823–G, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of galalith parts and other articles composed of synthetic phenolic resin similar in all material respects to those the subject of Abstract 54655, the claim at 20 percent under paragraph 1558 was sustained.

**No. 55431.**—Haddad & Sons *v.* United States, protest 59911–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of mah jong sets composed of synthetic phenolic resin similar in all material respects to the articles the subject of Abstract 54651, the claim at 20 percent under paragraph 1558 was sustained.

**No. 55432.**—The Hoole Service Co. et al. *v.* United States, protests 140856–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.